# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129100

DOUGLAS W. OSWORTH, II,
       Plaintiff-Appellant,

v

SC: 129100
COA: 260254
WCAC: 03-000201

BARNES GROUP INC., and TRAVELERS
INDEMNITY COMPANY,
       Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the June 2, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024